THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE COTRONEO and Others, Appellants.— Judgment of conviction and order as to defendant Camberari reversed on the law and facts and new trial granted as to him, and as to the other defendants affirmed. The reversal is on the ground that the judgment is contrary to and against the weight of the evidence. All concur, except Thompson, J., who dissents and votes for affirmance as to all defendants. (The judgment convicts defendants of the crime of extortion.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

FRED DUVELOW, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 22377.) — Judgment affirmed, with costs. All concur. (The judgment awards claimant damages resulting from break in canal bank.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

JAMES G. TRACY, as Trustee in Bankruptcy of the Estate of the UNIQUE SHOPS OF SYRACUSE, INC., Bankrupt, Appellant, v. SUSSEX FIRE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover upon a fire insurance policy. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.